AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

CRP/CAPSTONE 14W PROPERTY OWNER, LLC,

V.

MORGAN FUNDING, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 7165**

**JUDGE CASTEL**

TO: (Name and address of Defendant)

MORGAN FUNDING, INC.
26 JOURNAL SQAURE
JERSEY CITY, NJ. 07306

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Y. DAVID SCHARF, ESQ.
ETHAN R. HOLTZ, ESQ.
MORRISON COHEN LLP
909 THIRD AVENUE
NEW YORK, NY. 10022

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK  /s/ Marcos Quintero

DATE  AUG 1 0 2007

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, RULE 7.1, CIVIL COVER SHEET |
| EFFECTED (1) BY ME: | WILLIAM SANCHEZ |
| TITLE: | PROCESS SERVER   DATE: 08/17/2007   03:00PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MORGAN FUNDING INC.

Place where served:

26 JOURNAL SQUARE   JERSEY CITY NJ 07305

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOANNE MENDOZA

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: YELLOW   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 08/17/2007 -         _____ L.S.
SIGNATURE OF WILLIAM SANCHEZ
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

8/17/07

ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 2011

| | |
|---|---|
| ATTORNEY: | ETHAN R. HOLTZ, ESQ. |
| PLAINTIFF: | CRP/CAPSTONE 14W PROPERTY OWNER |
| DEFENDANT: | MORGAN FUNDING INC. |
| VENUE: | DISTRICT NY |
| DOCKET: | 07 CIV 7165 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.