UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CRP/CAPSTONE 14W PROPERTY OWNER, LLC    :

                Plaintiff,    :

   -against-    :    Case No. 07cv7165 (PKC)

                                **AFFIDAVIT OF SERVICE**

MORGAN FUNDING, INC.,

                Defendant.    :

----------------------------------------------------------------X

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

   Hector Gonzalez, being duly sworn, deposes and says:

   1.   Deponent is not a party to this action is over 18 years of age and resides in Brooklyn, New York.

   2.   On the 20th day of December, 2007, deponent served the **Third Amended Complaint** upon:

                         Morgan Funding, Inc.
                         26 Journal Square
                         Jersey City, NJ 07306

by and depositing a true copy of same enclosed in a properly addressed wrapper, in the custody of Federal Express, an overnight delivery service, prior to the latest time designated by Federal Express for overnight delivery.

                                                              _____
                                                              Hector Gonzalez

Sworn to before me this
20th day of December, 2007.

_____
Notary Public

NELSON VARGAS
NOTARY PUBLIC, State of New York
No. 01VA6136033
Qualified in Nassau County
Commission Expires October 31, 2009