Y. David Scharf (YDS 0910)
Ethan R. Holtz (EH 3324)
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
Telephone:   (212) 735-8600
Facsimile:   (212) 735-8708

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   CRP/CAPSTONE 14W PROPERTY OWNER, LLC, :

                                 Plaintiffs, :
                                                                       Docket No. 07 CV 7165(PKC)
   -against-

   MORGAN FUNDING, INC.,                           **NOTICE OF MOTION**

                                 Defendants. :
------------------------------------------------------------- X

PLEASE TAKE NOTICE that upon the accompanying Declaration of Ethan R. Holtz, sworn to the 27th day of February, 2008, and the exhibits submitted therewith and the accompanying Affidavit of Joshua Zamir, sworn to January 31, 2008, and the exhibits submitted therewith and all papers and proceedings heretofore had herein, the undersigned attorneys for Plaintiff CRP Capstone 14W Property Owner, LLC, shall move this Court, before the Honorable P. Kevin Castel, United States District Court Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Room 12C, New York, New York 10007, at a time set by the Court, for judgment on default pursuant to Rule 55 of the Federal Rules of Civil Procedure and Local Rules 55.1 & 55.2, and for such other and further relief as the Court deems appropriate.

#1122828 v1 \07449 \252

Dated: New York, New York
February 27, 2008

Respectfully submitted,

By: /s/Ethan R. Holtz
Y. David Scharf (YDS 0910)
Ethan R. Holtz (EH 3324)
909 Third Avenue
New York, New York  10022
(212) 735-8600

*Attorneys for Plaintiffs*

TO: Morgan Funding Inc.
26 Journal Square
Jersey City, New Jersey 07306

#1122828 v1 \07449 \252