# EXHIBIT B

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
| --- | --- | --- |

CRP/CAPSTONE 14W PROPERTY OWNER, LLC,

**SUMMONS IN A CIVIL ACTION**

V.

MORGAN FUNDING, INC.

CASE NUMBER:

# 07 CIV 7165

## JUDGE CASTEL

TO: (Name and address of Defendant)

MORGAN FUNDING, INC.
26 JOURNAL SQAURE
JERSEY CITY, NJ. 07306

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Y. DAVID SCHARF, ESQ.
ETHAN R. HOLTZ, ESQ.
MORRISON COHEN LLP
909 THIRD AVENUE
NEW YORK, NY. 10022

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

AUG 1 0 2007

CLERK _Marios Quintero_

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action          **RETURN OF SERVICE**

SERVICE OF:      **SUMMONS AND COMPLAINT, RULE 7.1, CIVIL COVER SHEET**
EFFECTED (1) BY ME:   **WILLIAM SANCHEZ**
TITLE:           **PROCESS SERVER**                    DATE: 08/17/2007  03:00PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MORGAN FUNDING INC.

Place where served:

26 JOURNAL SQUARE   JERSEY CITY NJ 07305

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOANNE MENDOZA

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F__ AGE: 21-35__ HEIGHT: 5'4"-5'8"__ WEIGHT: 100-130 LBS.__   SKIN: YELLOW__ HAIR: BROWN__ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____      SERVICES $ _____      TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: ___/___/20___        _____ L.S.
SIGNATURE OF WILLIAM SANCHEZ
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ZULEYDA CONCEPCION
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Oct. 2, 201

ATTORNEY:   ETHAN R. HOLTZ, ESQ.
PLAINTIFF:   CRP/CAPSTONE 14W PROPERTY OWNER
DEFENDANT:   MORGAN FUNDING INC.
VENUE:       DISTRICT NY
DOCKET:      07 CIV 7165

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT C

OFFICE COPY

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRCIT OF NEW YORK

----------------------------------------------------------------------X

CRP/CAPSTONE 14W PROPERTY OWNER, LLC,

:

CASE NO. 07 Civ. 7165
(PKC)

                     Plaintiff,           :

   - against -                           **THIRD AMENDED**
                                          **COMPLAINT**

MORGAN FUNDING, INC.,

:

                  Defendants.      :

----------------------------------------------------------------------X

Plaintiff CRP/Capstone 14W Property Owner, LLC (the "Landlord"), by its undersigned attorneys, alleges for its Amended Complaint against Defendant Morgan Funding, Inc. ("MFI") as follows:

**Parties and Jurisdiction**

1.     Landlord, a Delaware limited liability company that is licensed to business in New York, is the owner of the premises located at 14 Wall Street, New York, New York (the "Building"), which is its principal place of business. Landlord's constituent members are Capstone Equities Real Estate Fund I, L.P., a Delaware limited partnership and CRP 14W, L.L.C., a Delaware limited liability company (the "Members"). The constituent members of the Members are: Joshua Zamir, a domiciliary of the State of New York; Daniel Ghadamian, a domiciliary of the State of New York; Mark Schoenfeld, a domiciliary of the State of Virginia; and Robert Stuckey, a domiciliary of the State of Virginia.

2.     Upon information and belief, MFI is a New Jersey Corporation with its principal place of business located at 26 Journal Square, Jersey City, New Jersey. This Court has jurisdiction of MFI because it entered into a contract in and transacted business in New York.

3.     This Court possesses jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332, because this action is between citizens of different states and involves an amount in controversy exceeding $75,000.00, exclusive of interest and costs.

4.     Venue in this Court is appropriate pursuant to 42 U.S.C. § 1391(a), because the United States District Court for the Southern District of New York is the judicial district where the real property at issue is located and where Defendant conducted business.

**Facts Common To All Causes of Action**

**The Lease**

5.     On or about December 9, 2003, MFI entered into a lease agreement with the Building's then owner W12/14 Wall Realty LLC, (the "Lease") for office space on the 8th Floor of the Building (the "Demised Premises").

6.     On or about January 12, 2007, Landlord executed an agreement to purchase the Building and thereafter became the owner of Building.

7.     As part of its purchase of the Building, Landlord assumed all the leases that were then in effect, including MFI's Lease.

8.     Articles 38 and 39 of the Lease required the MFI to pay a base rent of $245,353.68 per year ($20,446.14 per month) for the first year of the Lease term, $249,810.75 per year ($20,817.56 per month) for the second year of the lease term, $254,356.97 ($21,196.41 per month) thereafter until the expiration of the Lease and certain other charges and building expenses defined by the Lease as "additional rent" (collectively referred to herein as "Rent").

9.    Pursuant to Article 38 of the Lease, Rent is to be timely paid in advance of the first day of each and every calendar month during the term of the Lease.

10.    In the event Rent is not paid by MFI within five days of when it is due, Article 51(c) of the Lease requires MFI to pay to Landlord a late charge equal to 5% of the amount of the Rent payment and to pay interest at a rate of the lesser between 5% over the Prime Rate or the maximum rate that can be charged to parties of the same legal capacity as MFI (collectively "Late Charges").

11.    Article 52 of the Lease also required MFI to provide a security deposit of $21,875.00, which could be drawn on by Landlord in the event MFI defaulted on any covenant in the Lease.

12.    Article 51(D) of the Lease also entitles Landlord to seek recovery of any expenses, including attorney's fees, incurred as a result of any defaults by MFI, including its failure to pay Rent.

13.    Finally, section 51(F)(a) of the Lease provides *inter alia* that upon any termination of the Lease as result of MFI's default, Landlord shall be entitled to immediately recover from MFI the balance of Rent owed by MFI for the remainder of the Lease term as liquidated damages (the "Acceleration Remedy").

**MFI's Breaches of the Lease**

14.    After its purchase of the Building had closed, on or about May 1, 2007, Landlord sent MFI an invoice demanding payment in the amount of $62,297.88, which included charges for amounts owed but not collected by the Building's previous owner, MFI's required security deposit and MFI's May 2007 Rent.

15.     MFI did not pay any of the amounts described in the May 1, 2007, invoice, or challenge it any way.

16.     On or about June 1, 2007, Landlord sent MFI another invoice demanding payment in the amount of $83,345.48, which amount included the previously unpaid charges plus MFI's June 2007 Rent.

17.     MFI did not pay any of the amounts demanded in the June 1, 2007 invoice, or challenge it any way.

18.     On or about July 1, 2007, Landlord through its managing agent CB Richard Ellis ("CBRE") sent MFI another invoice payment in the amount of $104,393.08, which amount included the previously unpaid charges plus MFI's July 2007 Rent.

19.     MFI did not pay any of the amounts demanded in the July 1, 2007 invoice, or challenge it any way.

20.     Accordingly, on July 6 and 12, 2007, Landlord's counsel sent MFI a notice of default, advising that MFI's failure to pay rent constituted a default pursuant to sections 17(1) and 51(b) of the Lease and requesting that MFI cure within the period prescribed by the Lease.

21.     MFI did not respond to the notice of default nor pay any of the amounts it owed to Landlord.

22.     At that time, CBRE was asked to make inquiries with Building personnel regarding MFI.

23.     It was then discovered by CBRE that on or about the beginning of June 2007, MFI had transported certain boxes and computer equipment out of the Building.

24.    Upon being approached by Building personnel, a man identifying himself as David Masten ("Masten") of MFI, informed them that he was just moving some computer equipment to MFI's New Jersey office.

25.    Building personnel instructed Masten to wait and not to remove anything from the Demised Premises, as no notice had been given and proper Building rules and regulations were not being followed.

26.    While Building personnel was checking Masten's story, Masten removed the equipment form the Building and did not return.

27.    The Demised Premises have not been re-entered by anyone from MFI.

28.    The foregoing events were communicated to Landlord in or about late July 2007.

29.    Accordingly, on July 27, 2007, Landlord's counsel sent notice to MFI pursuant to sections 17(1) and 51(b) that because of MFI's breaches for failure to pay Rent, its failure to take any action in response to the earlier default notice and its abandonment of the Demised Premises, Landlord was terminating MFI's Lease.

30.    Upon Landlord's rightful termination of the Lease, MFI became liable to Landlord for the balance of Rent due for the full term of the Lease pursuant to the Acceleration Remedy.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

31.    Plaintiff repeats and re-alleges each and every allegation contained in paragraphs 1 through 29 as if re-stated fully hereat.

32.    The Lease was a valid and enforceable contract between Landlord and MFI.

33.    Landlord fully performed all of its obligations required by the Lease.

34.     MFI breached the Lease by failing to pay Rent in the amounts demanded by Landlord's May, June and July invoices.

35.     Landlord was damaged by said breach in the amount of $104,393.08 plus Late Charges.

36.     MFI further breached the Lease by abandoning the Demised Premises prior to the expiration of the Lease.

37.     As a result of MFI's breaches and failure to pay Rent, Landlord properly terminated the Lease, triggering the Acceleration Remedy.

38.     Landlord is thus entitled to recover at least $336,490.61 for the balance of the Lease term as liquidated damages pursuant to the Acceleration Remedy.

39.     Pursuant to the Lease, Landlord is further entitled to recover its costs and expenses incurred as a result of MFI's breaches, including its attorney's fees in this action.

WHEREFORE, CRP/Capstone 14W Property Owner, LLC respectfully request judgment on its Complaint in an amount of at least $440,883.69, plus additional rent, late charges, interest, attorneys fees, and other expenses, which precise amount Landlord respectfully requests leave to prove at the trial of this action based on the relevant facts and circumstances then applying, together with such other relief as the Court deems just and proper.

Dated: New York, New York
      December 20, 2007

Morrison Cohen LLP.
Attorneys for Plaintiffs

By: _____
Y. David Scharf (YDS-0910)
Ethan R. Holtz (EH-3524)
909 Third Avenue
New York, New York 10022
(212) 735-8600

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    CRP/CAPSTONE 14W PROPERTY OWNER, LLC    :

                        Plaintiff,    :

                                  Case No. 07cv7165 (PKC)

      -against-                    :

                                  **AFFIDAVIT OF SERVICE**

    MORGAN FUNDING, INC.,

                        Defendant.    :

-------------------------------------------------------------------X

STATE OF NEW YORK    )
                        )    ss.:
COUNTY OF NEW YORK  )

        Hector Gonzalez, being duly sworn, deposes and says:

        1.     Deponent is not a party to this action is over 18 years of age and resides in Brooklyn, New York.

        2.     On the 20th day of December, 2007, deponent served the **Third Amended Complaint** upon:

> Morgan Funding, Inc.
> 26 Journal Square
> Jersey City, NJ 07306

by and depositing a true copy of same enclosed in a properly addressed wrapper, in the custody of Federal Express, an overnight delivery service, prior to the latest time designated by Federal Express for overnight delivery.

                                        _____
                                             Hector Gonzalez

Sworn to before me this
20th day of December, 2007.

_____
Notary Public

NELSON VARGAS
NOTARY PUBLIC, State of New York
No. 01VA6136033
Qualified in Nassau County
Commission Expires October 31, 2009

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

CRP/CAPSTONE 14W PROPERTY OWNER, LLC         :

                     Plaintiff,         :

                                Case No. 07cv7165 (PKC)

    -against-         :

                               **AFFIDAVIT OF SERVICE**

MORGAN FUNDING, INC.,

                 Defendant.         :

-------------------------------------------------------------------X

STATE OF NEW YORK  )
                    )   ss.:
COUNTY OF NEW YORK  )

      Hector Gonzalez, being duly sworn, deposes and says:

      1.    Deponent is not a party to this action is over 18 years of age and resides in Brooklyn, New York.

      2.    On the 20th day of December, 2007, deponent served the **Third Amended Complaint** upon:

                                Morgan Funding, Inc.
                                26 Journal Square
                                Jersey City, NJ 07306

by and depositing a true copy of same enclosed in a properly addressed wrapper, in the custody of Federal Express, an overnight delivery service, prior to the latest time designated by Federal Express for overnight delivery.

                                              _____
                                            Hector Gonzalez

Sworn to before me this
20th day of December, 2007.

_____
Notary Public

NELSON VARGAS
NOTARY PUBLIC, State of New York
No. 01VA6136033
Qualified in Nassau County
Commission Expires October 31, 2009

# EXHIBIT D

# **Morrison**Cohen LLP

```
019359      CAPSTONE - 14 WALL STREET                    DATE: 07/18/07
0027        MORGAN FUNDING                               INVOICE # 151779

            CAPSTONE - 14 WALL STREET
            110 EAST 42ND STREET, 13TH FLOOR
            NEW YORK, N.Y. 10017                     TAXPAYER IDENTIFICATION
                                                         NUMBER 13-3205994
```

FOR PROFESSIONAL SERVICES RENDERED AS OF JUNE 30, 2007

|  |  | ATTORNEY | HOURS | VALUE |
|---|---|---|---|---|
| 06/28/07 | REVIEW LEASE/DRAFT NOTICE OF DEFAULT | ERH | 0.60 | 189.00 |

```
            TOTAL FEES SERVICES...................$          189.00


            TOTAL BALANCE DUE FOR THIS PERIOD.....$          189.00


       *****   THIS BILL IS FOR CURRENT SERVICES ONLY   *****
```

# **Morrison**Cohen LLP

019359      CAPSTONE - 14 WALL STREET                              DATE: 08/22/07
0027        MORGAN FUNDING                                         INVOICE # 153146

                    CAPSTONE - 14 WALL STREET
                    14 WALL STREET - SUITE 5D
                    NEW YORK, N.Y. 10005                    TAXPAYER IDENTIFICATION
                                                            NUMBER 13-3205994

---

FOR PROFESSIONAL SERVICES RENDERED AS OF JULY 31, 2007

|            |                                          | ATTORNEY | HOURS | VALUE  |
|------------|------------------------------------------|----------|-------|--------|
| 07/20/07   | E-MAILS W CLIENT RE DEFAULT              | ERH      | 0.40  | 126.00 |
| 07/25/07   | CALLS W/DAWN SHILLINGFORD RE             | ERH      | 1.00  | 315.00 |
|            | VACATING OF SPACE/EMAILS TO CLEINT       |          |       |        |
| 07/26/07   | REVIEW LEASE/DRAFT NOTICE TO             | ERH      | 1.00  | 315.00 |
|            | CNAEL LEASE/EMIALS WITH DAWN             |          |       |        |
| 07/27/07   | FINALIZE NOTICE OF CANCELLATION          | ERH      | 0.20  | 63.00  |

                    TOTAL FEES SERVICES...................$           819.00


    DISBURSEMENTS:                                                     VALUE

DOCUMENT REPRODUCTION SERVICES                                          1.50
MAIL                                                                  35.76


                    TOTAL DISBURSEMENTS...................$            37.26

                    TOTAL BALANCE DUE FOR THIS PERIOD.....$           856.26


            *****  THIS BILL IS FOR CURRENT SERVICES ONLY  *****

# **Morrison**Cohen LLP

```
    019359      CAPSTONE - 14 WALL STREET              DATE: 09/11/07
    0027        MORGAN FUNDING                         INVOICE # 153489

                CAPSTONE - 14 WALL STREET
                14 WALL STREET - SUITE 5D
                NEW YORK, N.Y. 10005                   TAXPAYER IDENTIFICATION
                                                       NUMBER 13-3205994
```

---

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2007

| | | ATTORNEY | HOURS | VALUE |
|---|---|---|---|---|
| 08/03/07 | O/C WITH E HOLTZ RE TENANT'S DEFAULT AND LANDLORD'S REMEDIES; REVIEW OF LEASE RE SAME | SS | 0.50 | 225.00 |
| 08/06/07 | REVIEW LEASE/DRAFT COMPLAINT/REVIE LEASE-EMAIL W STEVEN GRIN SECURITY DEPOSIT ISSUES | ERH | 4.80 | 1,584.00 |
| 08/06/07 | EMAILS WITH CLIENT AND E. HOLTZ RE STATUS OF TENANCY | YDS | 0.20 | 110.00 |
| 08/07/07 | REVIEW LEASE/DOCS/DRAFT COMPLAINT | ERH | 3.30 | 1,089.00 |
| 08/07/07 | REVIEW AND COMMENT ON COMPLAINT; DISCUSS VENUE ISSUES WITH E. HOLTZ | YDS | 1.00 | 550.00 |
| 08/09/07 | EMAILS WITH CLIENT; REVIEW MATTER WITH ETHAN HOLTZ; APPROVE COURT FILING | YDS | 1.00 | 550.00 |
| 08/09/07 | REVIEWED AND PREPARED PAPERS FOR FILING WITH THE COURT, DRAFTED UP CHECK REQUEST FOR FILING FEES AND FORWARD ALL PAPERS TO AN OUTSIDE SERVICE FOR FILING WITH THE COURT. | HG | 1.00 | 190.00 |
| 08/09/07 | REVISE COMPLAINT/DRAFT SUMMONS/CIVIL COVER SHEET/7.1 STATEMENT/ATTN TO FILING/CALLS W CLIENT | ERH | 3.50 | 1,155.00 |
| 08/13/07 | OBTAINED FILE STAMPED SUMMONS AND COMPLAINT, SCANNED AND CONVERTED PAPERS INTO PDF DOCUMENTS, PREPARED PAPERS FOR SERVICE AND FILING AND FORWARD ALL PAPERS TO AN OUTSIDE SERVICE FOR SERVICE OF PROCESS | HG | 0.50 | 95.00 |
| 08/14/07 | CALL WITH E. HOLTZ RE MORGAN FAX | YDS | 0.20 | 110.00 |
| 08/23/07 | OBTAINED AFFIDAVIT OF SERVICE, SCANNED AND CONVERTED AFFIDAVIT OF SERVICE W/ ATTACHED SUMMONS | HG | 0.20 | 38.00 |

# **Morrison**Cohen LLP

019359    CAPSTONE - 14 WALL STREET                  DATE: 09/11/07
0027      MORGAN FUNDING                              INVOICE # 153489

---

FOR PROFESSIONAL SERVICES RENDERED AS OF AUGUST 31, 2007

|            |                                                                                                                                                                                            | ATTORNEY | HOURS | VALUE    |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|-------|----------|
|            | INTO A PDF DOCUMENT                                                                                                                                                                         |          |       |          |
| 08/24/07   | PREPARED SUMMONS WITH PROOF OF SERVICE FOR FILING, FILED SUMMONS VIA ECF, FORWARD PROOF OF FILING TO ATTORNEY AND FORWARD ORIGINAL SUMMONS TO AN OUTSIDE SERVICE FOR FILNG TRADITIONALLY WITH THE COURT | HG       | 0.30  | 57.00    |
| 08/27/07   | OBTAINED FILE STAMPED SUMMONS AND COMPLAINT                                                                                                                                                 | HG       | 0.20  | 38.00    |

TOTAL FEES SERVICES...................$          5,791.00


DISBURSEMENTS:                                                    VALUE

MEALS                                                            42.99
TRAVEL                                                           26.50
TELEPHONE/FACSIMILE                                               1.00
DOCUMENT REPRODUCTION SERVICES                                  177.90
MAIL                                                             27.58
COURT FILING & MISC FEES                                        350.00


TOTAL DISBURSEMENTS...................$           625.97

TOTAL BALANCE DUE FOR THIS PERIOD.....$         6,416.97


*****   THIS BILL IS FOR CURRENT SERVICES ONLY   *****

# **Morrison**C**ohen** LLP

```
019359      CAPSTONE - 14 WALL STREET              DATE: 10/09/07
0027        MORGAN FUNDING                         INVOICE # 154525

            CAPSTONE - 14 WALL STREET
            14 WALL STREET - SUITE 5D
            NEW YORK, N.Y. 10005                    TAXPAYER IDENTIFICATION
                                                    NUMBER 13-3205994
```

---

FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2007

|  |  | ATTORNEY | HOURS | VALUE |
|---|---|---|---|---|
| 09/12/07 | REVIEW SETTLMENT OFFER/CALLS W STEVEN GRIN | ERH | 0.50 | 165.00 |
| 09/13/07 | DOCKETING, CASE MANAGEMENT, CALENDARING AND NEW CASE OPENINGS ON MA3000 | HG | 0.60 | 114.00 |
| 09/18/07 | DRAFT REPSOSNE TO SETTLEMENT OFFER | ERH | 0.50 | 165.00 |
| 09/19/07 | REVIEW EMAIL AND ATTACHMENT FROM E. HOLTZ RE SETTLEMENT ISSUES | YDS | 0.10 | 55.00 |
| 09/26/07 | REVIEW EXECUTED AGREEMENT | YDS | 0.10 | 55.00 |
| 09/27/07 | DRAFT PRECONFRENCE SUBMISSION TO COURT | ERH | 1.20 | 396.00 |
| 09/28/07 | TRAVEL TO AND FROM COURT TO DELIVER LETTER TO JUDGE CASTEL. | NV | 1.00 | 150.00 |
| 09/28/07 | REVISE LETTER TO JUDGE | ERH | 0.70 | 231.00 |
| 09/29/07 | REVIEW COURT ORDER; EMAIL WITH E. HOLTZ RE COURT APPEARANCE | YDS | 0.20 | 110.00 |

```
            TOTAL FEES SERVICES...................$        1,441.00


    DISBURSEMENTS:                                            VALUE

    TELEPHONE/FACSIMILE                                        6.20
    DOCUMENT REPRODUCTION SERVICES                            25.80
    MAIL                                                      23.34
    SERVICE OF PROCESS FEES                                  150.00


            TOTAL DISBURSEMENTS...................$          205.34

            TOTAL BALANCE DUE FOR THIS PERIOD.....$        1,646.34
```

909 Third Avenue, New York, NY 10022-4731 * p:212.735.8600 * f:212.735.8708 * www.morrisoncohen.com

# **Morrison**Cohen LLP

019359     CAPSTONE - 14 WALL STREET                    DATE: 10/09/07
0027       MORGAN FUNDING                               INVOICE # 154525

FOR PROFESSIONAL SERVICES RENDERED AS OF SEPTEMBER 30, 2007

                                                                        VALUE

          *****   THIS BILL IS FOR CURRENT SERVICES ONLY   *****

# MorrisonCohen LLP

```
019359    CAPSTONE - 14 WALL STREET              DATE: 11/13/07
0027      MORGAN FUNDING                         INVOICE # 156010

          CAPSTONE - 14 WALL STREET
          14 WALL STREET - SUITE 5D
          NEW YORK, N.Y. 10005                   TAXPAYER IDENTIFICATION
                                                 NUMBER 13-3205994
```

FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2007

| | | ATTORNEY | HOURS | VALUE |
|---|---|---|---|---|
| 10/02/07 | REVIEW PROPOSED AMENDED PLEADING AND JURISDICTION | YDS | 0.20 | 110.00 |
| 10/03/07 | ATTN TO AMENDED COMPLAINT/DRAFT LETTER TO APPEL | ERH | 0.30 | 99.00 |
| 10/04/07 | TRAVEL TO AND FROM COURT TO FILE AMENDED COMPLAINT. | NV | 1.50 | 225.00 |
| 10/04/07 | REVIEWED AND PREPARED AMENDED COMPLAINT FOR FILING WITH THE COURT, OBTAINED REJECTED COMPLAINT, FORWARD AMENDED COMPLAINT TO SECRETARY FOR DRAFTING OF CERTIFICATE OF SERVICE, NOTARIZED AFFIDAVIT OF SERVICE AND FORWARD EDITED AMENDED COMPLAINT TO ASSISTANT FOR TRADITIONAL FILING | HG | 0.70 | 133.00 |
| 10/05/07 | PRE-TRIAL CONFRENCE BEFORE JUDGE CASTEL | ERH | 2.00 | 660.00 |
| 10/05/07 | FORWARD FILE STAMPED AMENDED COMPLAINT TO COURT VIA EMAIL, DOCKETING, CASE MANAGEMENT AND CALENDARING | HG | 0.40 | 76.00 |
| 10/08/07 | REVIEW FAX FROM E. HOLTZ RE CASE STATUS | YDS | 0.20 | 110.00 |
| 10/09/07 | REVIEWED ORDER FOR PRE-TRIAL CONFERENCE | YDS | 0.20 | 110.00 |
| 10/24/07 | CASE MANAGEMENT AND CALENDARING | HG | 0.20 | 38.00 |

```
          TOTAL FEES SERVICES..................$          1,561.00


DISBURSEMENTS:                                            VALUE
```

909 Third Avenue, New York, NY 10022-4731 * p:212.735.8600 * f:212.735.8708 * www.morrisoncohen.com

# **Morrison**C**ohen**LLP

019359     CAPSTONE - 14 WALL STREET          DATE: 11/13/07
0027       MORGAN FUNDING                     INVOICE # 156010

FOR PROFESSIONAL SERVICES RENDERED AS OF OCTOBER 31, 2007

   DISBURSEMENTS:                                                VALUE

TRAVEL                                                              8.00
TELEPHONE/FACSIMILE                                                 1.20
DOCUMENT REPRODUCTION SERVICES                                     20.40
MAIL                                                               19.69


          TOTAL DISBURSEMENTS...................$          49.29

          TOTAL BALANCE DUE FOR THIS PERIOD.....$       1,610.29


        ***** THIS BILL IS FOR CURRENT SERVICES ONLY ****

# MorrisonCohen LLP

```
019359    CAPSTONE - 14 WALL STREET              DATE: 12/07/07
0027      MORGAN FUNDING                         INVOICE # 156725

          CAPSTONE - 14 WALL STREET
          14 WALL STREET - SUITE 5D
          NEW YORK, N.Y. 10005                   TAXPAYER IDENTIFICATION
                                                 NUMBER 13-3205994
```

FOR PROFESSIONAL SERVICES RENDERED AS OF NOVEMBER 30, 2007

| | | ATTORNEY | HOURS | VALUE |
|---|---|---|---|---|
| 11/02/07 | PRE TRIAL CONFERNECE BEFORE JUDGE CASTEL | ERH | 1.00 | 330.00 |
| 11/06/07 | DOCKETING, CALENDARING AND CASE MANAGEMENT | HG | 0.30 | 57.00 |
| 11/19/07 | NEW CASE OPENING, DOCKETING, CASE MANAGEMENT AND CALENDARING. | HG | 0.20 | 38.00 |

```
          TOTAL FEES SERVICES...................$        425.00


DISBURSEMENTS:                                            VALUE

 TELEPHONE/FACSIMILE                                       0.20



          TOTAL DISBURSEMENTS...................$          0.20

          TOTAL BALANCE DUE FOR THIS PERIOD.....$        425.20
```

***** THIS BILL IS FOR CURRENT SERVICES ONLY *****

# **Morrison**Cohen LLP

```
019359      CAPSTONE - 14 WALL STREET                    DATE: 01/15/08
0027        MORGAN FUNDING                               INVOICE # 158274

            CAPSTONE - 14 WALL STREET
            14 WALL STREET - SUITE 5D
            NEW YORK, N.Y. 10005                          TAXPAYER IDENTIFICATION
                                                          NUMBER 13-3205994
```

FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2007

|          |                                                                                                                                                                                         | ATTORNEY | HOURS | VALUE   |
|----------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|-------|---------|
| 12/12/07 | DOCKETING, CASE MANAGEMENT AND CALENDARING.                                                                                                                                             | HG       | 0.20  | 38.00   |
| 12/14/07 | REVIEWED AND PREPARED AMENDED COMPLAINT FOR SERVICE AND FILING, DRAFTED AFFIDAVIT OF SERVICE, SENT SERVICE COPY VIA OVERNIGHT MAIL AND FORWARD AMENDED COMPLAINT TO OUTSIDE SERVICE FOR FILING WITH THE COURT. | HG       | 1.00  | 190.00  |
| 12/17/07 | OBTAINED FILE STAMPED 2ND AMENDED COMPLAINT, SCANNED AND EMAILED FILE STAMPED COPY TO ATTORNEY                                                                                           | HG       | 0.20  | 38.00   |
| 12/18/07 | DOCKETING, CASE MANAGEMENT AND CALENDARING.                                                                                                                                             | HG       | 0.20  | 38.00   |
| 12/20/07 | COURT CONFRENCE W JUDGE CASTEL                                                                                                                                                          | ERH      | 1.50  | 495.00  |
| 12/20/07 | SENT SERVICE COPIES OF TEH 3RD AMENDED COMPLAINT TO ALL PARTIES VIA OVERNIGHT MAIL, DOCKETING, CASE MANAGEMENT AND CALENDARING.                                                          | HG       | 0.40  | 76.00   |
| 12/21/07 | DOCKETING, CASE MANAGEMENT AND CALENDARING AND FORWARD AMENDED COMPLAINT TO ASSISTANT FOR FILING WITH THE COURT.                                                                         | HG       | 0.20  | 38.00   |
| 12/21/07 | TRAVEL TO AND FROM USDC SDNY TO FILE A THIRD AMENDED COMPLAINT.                                                                                                                          | NV       | 1.00  | 150.00  |
| 12/26/07 | DOCKETING, CASE MANAGEMENT AND CALENDERING.                                                                                                                                             | NV       | 0.20  | 30.00   |

```
                TOTAL FEES SERVICES...................$            1,093.00


DISBURSEMENTS:                                                         VALUE
```

# **Morrison**Cohen<sub>LLP</sub>

```
019359      CAPSTONE - 14 WALL STREET              DATE: 01/15/08
0027        MORGAN FUNDING                         INVOICE # 158274
```

FOR PROFESSIONAL SERVICES RENDERED AS OF DECEMBER 31, 2007

    DISBURSEMENTS:                                          VALUE

SERVICE OF PROCESS FEES                                       85.00


        TOTAL DISBURSEMENTS...................$           85.00

        TOTAL BALANCE DUE FOR THIS PERIOD.....$        1,178.00


        ***** THIS BILL IS FOR CURRENT SERVICES ONLY *****

# **M**orrison**C**ohen LLP

```
019359      CAPSTONE - 14 WALL STREET              DATE: 02/13/08
0027        MORGAN FUNDING                         INVOICE # 159110

            CAPSTONE - 14 WALL STREET
            14 WALL STREET - SUITE 5D
            NEW YORK, N.Y. 10005                    TAXPAYER IDENTIFICATION
                                                    NUMBER 13-3205994
```

FOR PROFESSIONAL SERVICES RENDERED AS OF JANUARY 31, 2008

|  |  | ATTORNEY | HOURS | VALUE |
|---|---|---|---|---|
| 01/10/08 | PREPARE CASE SUMMARY FOR ATTORNEY REVIEW. | SPM | 0.20 | 30.00 |
| 01/17/08 | EMAILS W STEVE GRIN | ERH | 0.20 | 70.00 |
| 01/22/08 | DRAFT AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT | ERH | 1.90 | 665.00 |
| 01/23/08 | EMAILS WITH E. HOLTZ RE AFFIDAVIT; REVIEW OF SAME | YDS | 0.30 | 174.00 |
| 01/24/08 | EMAILS WITH E. HOLTZ RE MOTION FOR DEFAULT JUDGMENT | YDS | 0.20 | 116.00 |
| 01/24/08 | DRAFT ZAMIR AFFIDAVIT | ERH | 4.40 | 1,540.00 |

```
            TOTAL FEES SERVICES...................$          2,595.00


   DISBURSEMENTS:                                                  VALUE

   TRAVEL                                                           4.00
   TELEPHONE/FACSIMILE                                              0.50
   MAIL                                                            35.19
   DATABASE SEARCH                                                 43.35



            TOTAL DISBURSEMENTS...................$             83.04

            TOTAL BALANCE DUE FOR THIS PERIOD.....$          2,678.04


       *****  THIS BILL IS FOR CURRENT SERVICES ONLY  *****
```