Edward P. Gilbert (EG 3730)
Ethan R. Holtz (EH 3324)
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

CRP/CAPSTONE 14W PROPERTY OWNER, LLC,

                       Plaintiffs,

      -against-

MORGAN FUNDING, INC.,

                       Defendants.
------------------------------------------------------------------- X

Docket No. 07 CV 7165(PKC)

**NOTICE OF MOTION**

## CERTIFICATE OF SERVICE

I, Ethan R. Holtz, do hereby certify that on this 27th day of February, 2008, I caused true and correct copies of the Plaintiff's Notice of Motion for Default Judgment, Declaration In Support of Default Judgment and Affidavit In Support of Default Judgment to be served via First Class mail upon the Defendant at:

Morgan Funding Inc.
26 Journal Square
Jersey City, New Jersey 07306

_____
Ethan R. Holtz

#1122828 v1 \07449 \252