UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CRP/CAPSTONE 14W PROPERTY OWNER, LLC  :

                Plaintiff,  :

  -against-  :  Case No. 07cv7165 (PKC)

MORGAN FUNDING, INC.,  :  **AFFIDAVIT OF SERVICE**

                Defendant.  :

-----------------------------------------------------------------X

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK  )

Ursula Deljanin, being duly sworn, deposes and says:

1. Deponent is not a party to this action is over 18 years of age and resides in Queens, New York.

2. On the 10th day of March, deponent served the **Declaration in Support of Default Judgment** upon:

                Morgan Funding, Inc.
                26 Journal Square
                Jersey City, NJ 07306

by and depositing a true copy of same enclosed in a properly addressed wrapper, in the custody of Federal Express, an overnight delivery service, prior to the latest time designated by Federal Express for overnight delivery.

Sworn to before me this
10th day of March, 2008

_____
Ursula Deljanin

_____
Notary Public

Steven P. McGrail
Notary Public, State of New York
No. 01MC6131887
Qualified in Queens County
Commission Expires August 22, 20 09