USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRCIT OF NEW YORK
-----------------------------------------------------------------X
CRP/CAPSTONE 14W PROPERTY OWNER, LLC,

         CASE NO. 07 Civ. 7165 (PKC)

         Plaintiff,

- against -

**DEFAULT JUDGEMENT**

MORGAN FUNDING, INC.,

         Defendants.
-----------------------------------------------------------------X

This action having been commenced on August 10, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the Defendant, Morgan Funding, Inc., on August 17, 2007, by personal service on Joanne Mendoza, authorized agent, and a proof of service having been filed on August 17, 2007, and a copy of Plaintiff's Third Amended Complaint having been served on Defendant by Federal Express on December 20, 2007, and proof of service having been filed on February 22, 2008, and the defendant not having answered the Third Amended Complaint, and the time for answering the Third Amended Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against the Defendant in the liquidated amount of $440,883.69 with interest at 9%, accruing at a rate of $108.71 per day since August 10, 2007 ($22,611.89 as of March 5, 2008), and thereafter until the entry of judgment, plus $12,322.60 in costs and attorney's fees of this action, amounting to in total $ 479,079.27, plus interest at 9% upon entry of judgment.

#1157188 v1 \19359 \027

Dated: New York, New York
April 14, 2008

_____
U.S.D.J.
This document was entered on the docket on
_____.

#1155601 v1 \19359 \027

2