UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CRP/CAPSTONE 14W PROPERTY OWNER, LLC

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

                           Plaintiff,        07 Civ. 7165 ( PKC )

           - against -                       **CLERK'S CERTIFICATE**


MORGAN FUNDING, INC.
                           Defendant.
------------------------------------x

   I, J. MICHAEL MCMAHON, Clerk of the United States District Court for

the Southern District of New York, do hereby certify that this action commenced on __August 10,__ 2007

with the filing of a summons and 3RD Amended complaint, a copy of the summons and complaint was served

on defendant by serving __Joanna Mendoza, authorized agent, personally__

(STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT), and proof of

such service thereof was filed on __FEB 52 2008__ ~~August 17, 2007~~

   I further certify that the docket entries indicate that the defendant has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the defendant is

hereby noted.


Dated:   New York, New York
         2/55/08

                                             **J. MICHAEL MCMAHON**
                                             Clerk of the Court

                                             By: _____
                                                    Deputy Clerk


SDNY Web 10/2002